Trabert v New York State Off. of Mental Health (2025 NY Slip Op 02544)

Trabert v New York State Off. of Mental Health

2025 NY Slip Op 02544

Decided on April 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 25, 2025

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ. (Filed Apr. 25, 2025.)

MOTION NO. (921/24) CA 23-01890.

[*1]MELISA TRABERT, PLAINTIFF-RESPONDENT,
v
NEW YORK STATE OFFICE OF MENTAL HEALTH AND HUTCHINGS PSYCHIATRIC CENTER, DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.